IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROGER DYALS and
DEE GRANT PORTER,

    Plaintiffs,

v.      CV 212-207

Sheriff TOMMY J. GREGORY,
in his official capacity,

    Defendant.

**O R D E R**

Presently before the Court is Plaintiffs' motion in limine (doc. 82) and motion to partially withdraw that motion in limine (doc. 83). For the reasons discussed at the pre-trial conference held Tuesday December 2, 2014, the Court hereby **DENIES** the motion in limine (doc. 82) and **DENIES AS MOOT** Plaintiffs' motion to partially withdraw the motion in limine (doc. 83).

**ORDER ENTERED** at Augusta, Georgia, this 4th day of December, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA