IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ROGER DYALS and DEE GRANT PORTER, | * * * | |
| Plaintiffs, | * * | |
| v. | * | CV 212-207 |
| SHERIFF TOMMY J. GREGORY, in his official capacity, | * * * * | |
| Defendant. | * | |

**O R D E R**

Presently pending before the Court is the parties' joint stipulation of dismissal. (Doc. 94.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action with prejudice. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** the case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of March, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA